UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KOGER, INC.,

              Plaintiff,

v.

JAMES O'DONNELL AND
HWM FINANCIAL SOLUTIONS, LTD.

              Defendant

Civil Action No. 07-3091 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    For the reasons stated in the Opinion filed herewith,

    **It is** on this 31st of October, 2007,

    **ORDERED** that the Report and Recommendation of Magistrate Judge Shwartz appearing on the docket as entry #26 is adopted as the opinion of this Court; and it is further

    **ORDERED** that defendants' motion to dismiss (Docket entry # 18) is **granted** based upon the doctrine of forum non conveniens; and it is further

    **ORDERED** that plaintiff's motion for preliminary injunction (Docket entry #23) is dismissed as moot. The clerk is directed to close the case.

                                                /s/Katharine S. Hayden
                                                KATHARINE S. HAYDEN
                                                UNITED STATES DISTRICT JUDGE